```
                    IN THE UNITED STATES BANKRUPTCY COURT
                         DISTRICT OF PUERTO RICO
IN RE:
   LESLIE A FERRER CARABALLO
   HC 02 BOX 10556                              CASE NO. 01-10231-S
   YAUCO  PR                                    JUDGE SARA DE JESUS
                              00698        AKA:
DATE: Sep 18, 2001                         DBA:
      DEBTOR(S)                            AKA:
  SSN(1)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 SSN(2)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       DBA:
```

## ORDER AND NOTICE FOR MEETING OF CREDITORS
## TO BE HELD ON  OCTOBER 16, 2001

An order for relief under Chapter 13 of Title 11 U.S.C. was entered on SEPTEMBER 13, 2001 upon filing of a petition by the above debtor(s). It is ordered and notice is given that a meeting of creditors under 11 U.S.C. 341 shall be held at 2:00 PM, OCTOBER 16, 2001 at HOTEL MELIA, CRISTINA ST. NO.75, , PONCE, PR, 00731    The debtor(s) shall then appear for examination and to present a plan for the adjustment of debts. Failure of the debtor(s) his attorney to appear at the 341(a) meeting or to timely file statement and plan may result in dismissal.

You are hereby notified that you may attend the meeting and examine the debtor(s). The meeting may be continued to another time without further written notice.

In order to have a claim allowed and participate in the distribution of any dividend, a creditor must file a claim in duplicate. Non Governmental claims not filed by  JANUARY 14, 2002  and Governmental claims not filed by   MARCH 12, 2002 will not be allowed except as provided by law.

At the meeting of creditors the debtor(s) plan will be examined. The debtor(s) may modify or adjust the treatment of any claim at that time.

If no objections are filed or anticipated, the hearing on confirmation will be held on a date to be notified at the above meeting. If objections are filed or anticipated, the Chapter 13 trustee will give written notice of the confirmation hearing date to all creditors and parties in interest.

Plan filed, attorney will circulate ___.  Plan not filed ___.

The plan proposes disbursement by the Trustee of a Base of $   19,200.00 , within 60 months.

```
FILE CLAIMS AND ATTACHMENTS WITH:       ATTORNEY FOR THE DEBTOR:
   CELESTINO MATTA                        *NYDIA GONZALEZ ORTIZ*
   US POST OFFICE & COURTHOUSE            BETANCES # 11
   300 RECINTO SUR ST., SUITE 109
   OLD SAN JUAN, PR            00901      YAUCO PR              00698
                                          (787) 267-2205

ADDRESSEE:                              DATED: Sep 18, 2001
   CELESTINO MATTA                        JOSE R. CARRION -- TRUSTEE
   US POST OFFICE & COURTHOUSE            P.O. BOX 9023884, SAN JUAN STATION
   300 RECINTO SUR ST., SUITE 109         SAN JUAN, PUERTO RICO  00902-3884
   OLD SAN JUAN, PR            00901      (787) 977-3535
   (787) 977-6000
SCHEDULED DEBTS: SECURED     15,516.50 PRIORITY        .00 UNSECURED    3,965.58
```

Case:01-10231-SEK13 Doc#:3 Filed:09/19/01 Entered:09/20/01 00:00:00 Desc: Converted from NIBS Page 2 of 2

The undersigned hereby certifies that all of the foregoing document was mailed by first class mail to the parties listed below:

| | | | |
|---|---|---|---|
| JOSE R. CARRION<br>PO BOX 9023884<br>OLD SAN JUAN STATION<br>SAN JUAN, PR | 00902 | CELESTINO MATTA<br>US POST OFFICE & COURTHOUSE<br>300 RECINTO SUR ST., SUITE 109<br>OLD SAN JUAN, PR | 00901 |
| *NYDIA GONZALEZ ORTIZ*<br>BETANCES # 11<br>YAUCO PR | 00698 | DEPARTMENT OF TREASURY<br>BANKRUPTCY SECTION (424 B)<br>P.O. BOX 9024140<br>SAN JUAN, PUERTO RICO | 00902 |
| INTERNAL REVENUE SERVICE<br>MERCANTIL PLAZA<br>PDA 27 1/2 P DE LEON OFIC 914<br>SAN JUAN PR | 00918 | DEPARTMENT OF LABOR<br>BUREAU OF EMPLOYMENT<br>505 MUNOZ RIVERA<br>SAN JUAN PR | 00918 |
| FERRETERIA SOLAR EL ALMACIGO<br>PO BOX 1606<br>YAUCO PR | 00698 | CELULARES TELEFONICA<br>PO BOX 360998<br>SAN JUAN PR | 00936 |
| COLUMBIA HOUSE<br>TERRE HAUTE<br>INDIANA | 47811 | ISLAND FINANCE<br>PO BOX 195369<br>SAN JUAN PR | 00919 |
| MIDLAND RISK SERVICES INC<br>PO BOX 9023862<br>SAN JUAN PR | 00902 | PR TELEPHONE CO<br>PO BOX 71401<br>SAN JUAN PR | 00936 |
| RELIABLE FINANCIAL SERVICES<br>PO BOX 195369<br>SAN JUAN PR | 00919 | | |
| LESLIE A FERRER CARABALLO<br>HC 02 BOX 10556<br>YAUCO PR | 00698 | | |

DATED: Sep 18, 2001

ROSA QUINONES

OFFICE OF THE CHAPTER 13 TRUSTEE

PAGE 1 OF 1 — CASE NO. 01-10231-S